In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*

_____

## NO. 09-25-00023-CR
_____

**CORDARRIEL EUGENE GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 24-12-19955**

## MEMORANDUM OPINION

On January 15, 2025, Cordarriel Eugene Green filed a notice of appeal in which he gave this Court notice of his intent to appeal from an order of the 9th District Court of Montgomery County. His notice of appeal failed to state whether the trial court had signed a written order or the nature of the order that was signed, but the trial court clerk forwarded the notice of appeal to the appellate court with a copy of the trial court's January 7, 2025 Order Setting Aside Bond. On February 3, 2025, we notified the parties that it appeared no appealable order had been signed in

1

the case. We warned the parties that unless our jurisdiction was established over Green's appeal by Tuesday February 18, 2025, the appeal would be dismissed without further notice.

Subsequently, neither party responded to our notice. Thus, there is nothing in our record to explain how this Court has jurisdiction over Green's appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 4, 2025
Opinion Delivered March 5, 2025
Do Not Publish

Before Golemon, C.J., Johnson and Chambers, JJ.